**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LM INSURANCE CORPORATION, as Subrogee of UPS CHAIN SOLUTIONS, INC., and UPS GROUND FREIGHT, INC., HELMSMAN MANAGEMENT SERVICES LLC, as Third-Party Administrator for UPS SUPPLY CHAIN SOLUTIONS, INC., and UPS GROUND FREIGHT, INC., UPS SUPPLY CHAIN SOLUTIONS, INC., and UPS GROUND FREIGHT, INC.,<br>　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>KWAME BOAHEN and ENVIRO EXPRESS, INC.,<br>　　　　　　　Defendants | Civil Action No.: 3:18-cv-00075-AWT |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)6, the Defendants, Kwame Boahen and Enviro Express, Inc. ("Defendants") respectfully request that this Court dismiss Plaintiffs' Amended Complaint. The reasons in support of the Defendants' Motion are set forth in the accompanying Memorandum of Law.

Dated: February 16, 2018

Respectfully Submitted,
THE DEFENDANTS,
Kwame Boahen and Enviro Express, Inc.,

BY THEIR ATTORNEY,

/s/ Dean A. Hanafin
Dean A. Hanafin ct30130
Aeton Law Partners LLP
101 Centerpoint Drive, Suite 105
Middletown, CT 06457
T: (860) 724-2163
F: (860) 724-2161
dean@aetonlaw.com
BY THEIR ATTORNEY,

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

s/ Dean A. Hanafin
Dean A. Hanafin